# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| KEVIN TWYMAN, | Case No. 22-CV-1361 (NEB/BRT) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| B. EISCHEN, FPC-Duluth Warden, | |
| Respondent. | |

The Court has received the July 25, 2022 Report and Recommendation of United States Magistrate Judge Becky R. Thorson. (ECF No. 11.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 11) is ACCEPTED; and
2. Twyman's Motion for Default Judgment (ECF No. 9) is DENIED.

Dated: September 20, 2022

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge